TUCKER ELLIS LLP
Michael J. Ruttinger (admitted *pro hac vice*)
michael.ruttinger@tuckerellis.com
Ethan W. Weber (admitted *pro hac vice*)
ethan.weber@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone:      216.592.5000
Facsimile:       216.592.5009

TUCKER ELLIS LLP
Bart L. Kessel (SBN 125080)
bart.kessel@tuckerellis.com
Anna-Sophie Tirre (SBN 336835)
anna-sophie.tirre@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Defendant
THE J.M. SMUCKER COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN HUMPHREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:22-cv-06913-WHO<br><br>**JOINT STIPULATION REGARDING STIPULATED PROTECTIVE ORDER AND ESI PROTOCOL**<br><br>Judge: Hon. William H. Orrick |

1. Plaintiff Robin Humphrey and Defendant The J.M. Smucker Company ("Smucker") (together, the "Parties") believe that certain modifications to the Model Protective Order are warranted for clarification and to maintain the confidentiality of certain sensitive Smucker documents.

2. The Parties have met and conferred regarding proposed modifications to the Model Protective Order. Attached as Exhibit 1 is a redline of the Model Protective Order reflecting the proposed modifications.

3. A "clean" version of the modified Model Protective Order is attached as Exhibit 2 for entry, should the Court approve it.

4. The Parties have met and conferred regarding proposed modifications to the Model ESI Protocol. Attached as Exhibit 3 is a copy of the Parties' Proposed Protocol for Discovery of Electronically Stored Information and Hard Copy Documents ("Proposed ESI Protocol"). Due to the substantial additions, the Proposed ESI Protocol is not provided in redline, as explained in the Declaration of Michael J. Ruttinger, counsel for Defendant ("Ruttinger Decl."), which is attached as Exhibit 4.

5. The Parties agree and stipulate that the Model Protective Order and Model ESI Protocol, as modified by Exhibit 2 and Exhibit 3, respectively, should be entered as the operative Stipulated Protective Order and Stipulated Protocol for Discovery of Electronically Stored Information and Hard Copy Documents in this case.

6. Explanations and further detail for modifications and additions to the Model Protective Order and Model ESI Protocol are provided by the Ruttinger Declaration.

7. In light of the foregoing, and for good cause shown, the Parties jointly request that the Court enter their Stipulated Protective Order and Stipulated Protocol for Discovery of Electronically Stored Information and Hard Copy Documents.

Dated: September 29, 2023

/s/ *Michael J. Ruttinger*
**TUCKER ELLIS LLP**
Michael J. Ruttinger (admitted pro hac vice)
Ethan W. Weber (admitted pro hac vice)
950 Main Avenue
Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: michael.ruttinger@tuckerellis.com
ethan.weber@tuckerellis.com

*Attorneys for Defendant The J.M. Smucker Co.*

Dated: September 29, 2023

/s/ *L. Timothy Fisher (by email consent)*
**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
ehorne@bursor.com

*Attorneys for Plaintiff Robin Humphrey*

## **ATTESTATION**

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff Robin Humphrey.


/s/ *Michael J. Ruttinger*
Michael J. Ruttinger