**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: ltfisher@bursor.com
ehorne@bursor.com

*[additional counsel listed on signature page]*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN HUMPHREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY and POST CONSUMER BRANDS, LLC,<br><br>Defendants. | Case No. 3:22-cv-06913-WHO<br><br>**SUGGESTION OF DEATH UPON THE RECORD**<br><br>Judge: Hon. William H. Orrick |

**SUGGESTION OF DEATH UPON THE RECORD**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Robin Humphrey hereby informs this Court and other parties of the death of Plaintiff Robin Humphrey during the pendency of this action. Per the Parties' March 22, 2024 Stipulation and the Court's March 26, 2024 Order, substitution of representatives of the putative class will be filed as a Third Amended Complaint by April 2, 2024. ECF Nos. 60 and 61.

Dated: March 28, 2024

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: ltfisher@bursor.com
ehorne@bursor.com

**BURSOR & FISHER, P.A.**
Jonathan L. Wolloch (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Email: jwolloch@bursor.com

*Attorneys for Plaintiff*